THE GLENS FALLS PAPER MILL COMPANY, Appellant, *v.* SPENCER TRASK et al., Respondents.

*Glens Falls Paper Mill Co.* v. *Trask,* 29 App. Div. 449, affirmed.
(Argued October 30, 1900; decided November 16, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1898, affirming a judgment in favor of defendants entered upon the report of a referee.

*William G. Wilson* for appellant.

*Welton C. Percy* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.